# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States, | **MOTION FOR MODIFICATION OF RELEASE CONDITIONS** |
| Plaintiff, | Case No: 23-cr-00080 (NEB/TNL) |
| v. | |
| Ayan Farah Abukar, | |
| Defendant. | |

Defendant Ayan Farah Abukar, by and through counsel, Debra J Hilstrom, and, pursuant to 18 U.S.C. § 3145(a)(2), moves the Court to modify conditions of release such as to allow the temporary return of Defendant's passport and allow travel to Nairobi, Kenya, to visit family as her Grandmother lives in Nairobi with Ms Abukar's deceased sisters children and Ms Abukar's husband in Nairobi Kenya, as soon as the Court will allow ideally traveling April 5th, 2023 and extending approximately three weeks to one month as approved by the court.

Ms Abukar's pretrial supervision agent, Ameer Fisher, indicated that permission to leave the country must be motioned to the court. Pretrial Services is also known to be in possession of Ms. Abukar's passport, as Ms. Abukar delivered it personally to Pretrial Services at the first court appearance.

The undersigned has been in contacted counsel for the Government, Harry Jacob, who stated that the Government would consider each request separately.

In support of this motion, Ms. Abukar notes that she voluntarily appeared in court upon summons and voluntarily surrendered her passport at her first appearance. Ms Abukar's grandmother is sickly and Ms Abukar arranges for her medical care. Ms Abukar will reside at her grandmother's residence, 38 School Lane, Westlands, Nairobi Kenya, during her stay and would provide complete contact information to her pretrial services officer prior to departure. Ms Abukar's husband also lives in the area.

Factors ensuring Ms. Abukar's return include extended family ties within the United States, including minor children in Minnesota and employment in the United States, which are as set forth in the Pretrial Services Report. Ms Abukar promises to return and to keep pretrial services informed of the itinerary.

Date: March 27, 2023  _____/s/ Debra J Hilstrom_____
Debra Hilstrom #0390713
Debra J Hilstrom Attorney at Law, PLLC
525 Park Street, Suite 320
Saint Paul, MN 55103
(763)479-9304
debra@debrahilstromlaw.com
Attorney for Defendant